IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| KEVIN HARDY, | ) | Civil Action No. 2:18-cv-01663 |
|---|---|---|
| Plaintiff, | ) | Chief District Judge Hornak |
| | ) | Magistrate Judge Lenihan |
| v. | ) | |
| ANOTHNY MARIANI and SHEILA A. LADNER, | ) | |
| Defendants. | ) | |

## **MEMORANDUM ORDER**

**AND NOW**, this 30th day of July, 2019, after the Plaintiff, Kevin Hardy, filed an action in the above-captioned case, a Report and Recommendation was filed by the United States Magistrate Judge and the parties were given until May 13, 2019, to file written objections. On May 22, 2019, Judge Peter J. Phipps extended the deadline for filing objections until July 26, 2019. No objections were ever filed. Upon independent review of the record and consideration of the Magistrate Judge's Report and Recommendation, (ECF No. 10),

**IT IS HEREBY ORDERED** that for the reasons set forth in that Report and Recommendation, Plaintiff's Complaint, which was commenced *in forma pauperis*, is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief can be granted under the relevant two-year statute of limitations.

**IT IS FURTHER ORDERED** that Plaintiff's state-law claim under Pennsylvania Criminal History Record Information Act, 18 Pa. Cons. Stat. Ann. § 1915 *et seq.* is **DISMISSED WITHOUT PREJUDICE.**

1

**IT IS FURTHER ORDERED** the Magistrate Judge's Report and Recommendation, (ECF No. 10), is adopted as the opinion of this Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case closed.

**AND IT IS FURTHER ORDERED** that, pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, if any party wishes to appeal from this Order a notice of appeal, as provided in Fed. R. App. P. 3, must be filed with the Clerk of Court, United States District Court, at 700 Grant Street, Room 3110, Pittsburgh, PA 15219, within thirty (30) days.

MARK R. HORNAK
Chief United States District Judge

cc: Kevin Hardy
3834 Perrysville Avenue
Apartment 2
Pittsburgh, PA 15214

All Counsel of Record Via CM-ECF